Eugenia Cwiklinski, Appellee, v. E. Chapliski, Appellant.

Gen. No. 41,286.

opinion filed December 23, 1940. Rowe & Bailey, for appellant; Joseph A. Bailey and Henry H. Caldwell, of counsel; W. A. Leopold and Julius F. Trefz, for appellee; Friedberg & Bublick, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''